## Commonwealth ex rel. Harden, Appellant, *v.* Maroney.

■■■■■■■■■■ Submitted March 14, 1966. *John Henry Harden,* appellant, in propria persona; *Leslie B. Handler,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Harris, Appellant, *v.* Myers.

■■■■■■■■■■ Submitted March 21, 1966. *Melvin Harris,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.